# Rate Confirmation    0266050

**SCOTLYNN™**

0266050

**EXHIBIT 3**

| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
|---|---|---|
| **15671 San Carlos Blvd** | Jarrett Pearson | 9961 Interstate Commerce Dr. #230 |
| **Fort Myers, FL 33908** | jpearson@scotlynn.com | Fort Myers, FL 33913 |
| **Ph: 888-263-1888** | ph:    239-207-3091  x 3091 | ph: 800-263-9117 x 2541 |
| **Fax:239-433-3372** | cell: | fax:  239-603-8407 |
| **www.scotlynn.com** | fax:    239-207-3094 | email:  usa-accounting@scotlynn.com |

| | | | | |
|---|---|---|---|---|
| **Carrier:** | DRAY HUB | | **Contact:** | Adrian |
| | MIAMI | FL    33166 | **Phone:** | 305-781-2640 |
| **Date:** | 12/14/2020 | | **Fax:** | |

| **Commodity:** | **BEER** | **Trailer:** | 53 Ft Van - Dry |
|---|---|---|---|
| **Temp:** | **to** | **Run Continuous: Y** | |

## Stop Details

**PU    1    Name:** COLD SPRING BREWERY    **Arrive Between:** 12/14/2020 2300
**Address:** 1601 COUNTY ROAD 2    **And:**
COLD SPRING    MN 56320    **Contact:** MAIN
**Phone:** 320-406-3003

**Ref:** PU S476837    **Pcs:** 1976 **Weight:** 41831.0  **Desc:**

## Stop Details

**SO    2    Name:** Gold Coast Beverage Distributors LLC    **Arrive Between:** 12/18/2020 0800
**Address:** 10055 NW 12th St    **And:**
DORAL    FL   33172    **Contact:** Main
**Phone:** 305-591-9800

**Ref:** PO GCDDEC20N    **Pcs:**    **Weight:**    **Desc:**

| | | |
|---|---|---|
| **Rate Approval Signature:** | **Carrier Freight Pay:** | **$4,700.00** |
| | **Total Carrier Pay:** | **$4,700.00** |

## Comments

COLD SPRING BREWERY - MARKCHIL: DETENTION WILL START 4 HOURS AFTER APPOINTMENT TIME AT $20/HR OR UNTIL LAYOVER OR $160 IS HIT.

LOCATION UPDATES ARE TO BE PROVIDED BY 0900AM AND 1600 EST

DRIVERS MUST CHECK IN AS A SCOTLYNN TRUCK ON ALL PAPERWORK OR MAYBE SUBJECT TO FINES!

LATE DELIVERIES MAY BE SUBJECT TO FINES

DRIVERS ARE REQUIRED TO SECURE FREIGHT WITH A MINIUMUM OF 2 LOAD LOCKS AND/OR STRAPS AT THE BACK OF THE TRAILER AFTER THE AIRBAG IS IN PLACE.

Order: 0266050         Page    1 of 2

## Terms and Conditions

Scotlynn Order number must appear on your Freight Bill.

Quick Pay is available on all orders at a rate of 3%, Proof of Delivery required.

Standard Payment Terms are Net 30 days from receipt of your Freight Bill and Proof of Delivery.

Late Pickup/Delivery without prior notification will result in fines.

Check Calls must be made to Scotlynn Operations Contact before 10am and again before 4pm EST each day the load is in transit, including weekends and holidays. Failure to communicate may result in fines.

All additional expenses such as pallets and unloading fees require receipts in order to be reimbursed.

Loading/Unloading delays must be reported while truck is on site, and detention requests must be accompanied by dock in and out times noted on Bill of Lading.

Case and pallet count must match confirmation, any discrepancies must be reported at time of loading.

All temperature control loads must be run on continuous cycle only.

Each pallet of a temperature controlled shipment must be pulped at the time to loading to ensure temperature matches the Bill of Lading. Temperature must be reported to Scotlynn at time of loading.

All trailers must be sealed with the seal number noted on the Bill of Lading.

Double Brokerage without written consent will result in non-payment.

All load claims will be assessed at the Bill of Lading, Invoice or Retail value whichever is greater.

For After Hours Dispatch call the toll-free number and follow the prompts.

Certificate of Insurance shall evidence that the following cargoes are not excluded: Fresh and/or frozen produce; fresh and/or frozen meat/seafood

**Print Name:** _____     **Truck/Trailer:** _____

**Signature:** _____     **Driver/Cell:** _____

Order: 0266050         Page    2 of 2