# BILL OF LADING

**Page 1 of 1**

| BILL OF LADING | |
|---|---|
| Name: | Cold Spring Brewing Co. |
| Address: | 219 Red River Ave N |
| City/State/Zip: | COLD SPRING, MN, 56320 |
| Phone: | 1-320-685-8686 |

| SHIP TO: | |
|---|---|
| Name: | GOLD COAST BEVERAGE DIST. |
| Location #: | |
| Address: | 10055 NW 12TH STREET |
| City/State/Zip: | DORAL, FL, 33172 |

| CUSTOMER INFORMATION: | |
|---|---|
| Name: | Mark Anthony Brewing Inc. |

Customer PO#:  GCDDEC20N

| | |
|---|---|
| Bill of Lading Number: | 000114849 |
| Load ID: | LD0069880 |
| Customer Reference Number: | S476837 |
| Date: | 12/15/2020 |
| Print date: | 12/14/2020 |

(26)

*12AM / 12AM*

SO-0085898

| CARRIER NAME | |
|---|---|
| Truck/Trailer number: | |
| Seal number(s): | 1199436 |
| SCAC: | |
| Pro number: | |
| Special Instructions: | |

*F & L Hob*

*267580 / 235644*

**Protect From Freezing**

| Freight Charge Terms: | | |
|---|---|---|
| Prepaid | Collect | 3RD Party |

Master Bill of Lading: with attached
underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| Item Number | Description | Quantity | UOM Description | Pallets | Weight |
|---|---|---|---|---|---|
| 450103 | WC BLKCH 5% 12OZ SLK 2X12OZ 12 PK SLEEK CAN | 520.000 | UM | 5 | 10,920.00 |
| 450097 | WC VP2 12OZ 12PK 2 X 12OZ 12PK SLEEK CAN | 1,456.000 | UM | 14 | 30,576.00 |
| | | 1,976.000 | | 19 | 41,496.00 |

| | |
|---|---|
| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed order declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____" | COD Amount: $ <br> FEE TERMS:   COLLECT ☐   PREPAID ☐ <br> CUSTOMER CHECK AVAILABLE ☐ |

Note: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(C) (1) (A) and (B).

| | |
|---|---|
| RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. <br><br> 12/15/2020 <br> Carrier Signature |

| SHIPPER SIGNATURE / DATE | TRAILER LOADED BY | FREIGHT COUNTED BY | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☑ SHIPPER <br> ☐ DRIVER | ☑ SHIPPER <br> ☐ DRIVER | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergecy reponse information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

**RECEIVED**
DEC 18 2020
BY: ........................

Lg. Air Bags _____
Sm. Air Bags _____
Saddle Packs _____

**EXHIBIT 4**

# BILL OF LADING

| BILL OF LADING | |
|---|---|
| Name: | Cold Spring Brewing Co. |
| Address: | 219 Red River Ave N |
| City/State/Zip: | COLD SPRING, MN 56320 |
| Phone: | 1-320-685-8686 |

**Bill of Lading Number:** 000114849
**Load ID:** LD0069880
**Customer Reference Number:** S476837
**Date:** 12/15/2020
**Printed date:** 12/15/2020

SO-0085898

| SHIP TO: | |
|---|---|
| Name: | GOLD COAST BEVERAGE DIST. |
| Location #: | |
| Address: | 10055 NW 12TH STREET |
| City/State/Zip: | DORAL, FL 33172 |

**CARRIER NAME**
**Truck/Trailer Number:**

**Seal Number(s):**

**SCAC:** FTL HOB
**Pro Number:**
**Special Instructions:**

| CUSTOMER INFORMATION: | |
|---|---|
| Name: | Mark Anthony Brewing Inc. |

Customer PO# GCDDEC20N

**Freight Charge Terms:**
Prepaid      Collect      3rd Party

## CUSTOMER ORDER INFORMATION

| Item Number | Description/External item number | Quantity | UOM Description | LOT Number | Weight |
|---|---|---|---|---|---|
| 450097 | WC VP2 12OZ 12PK 2 X 12OZ 12PK SLEEK CAN / 35985800064 | 1,456.00 | UM | L1320U3CS328 | 30,576.00 |
| 450103 | WC BLKCH 5% 12OZ SLK 2X12OZ 12 PK SLEEK CAN / 35985260899 | 104.00 | UM | L2220L9CS5 | 2,184.00 |
| 450103 | WC BLKCH 5% 12OZ SLK 2X12OZ 12 PK SLEEK CAN / 35985260899 | 416.00 | UM | L2320L9CS5 | 8,736.00 |
| | | 1,976.00 | | | 41,496.00 |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed order declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $**
**FEE TERMS:**   COLLECT ☐   PREPAID ☐
**CUSTOMER CHECK AVAILABLE** ☐

Note: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(C) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Carrier Signature

| SHIPPER SIGNATURE / DATE | TRAILER LOADED BY | FREIGHT COUNTED BY | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ■ SHIPPER<br>☐ DRIVER | ■ SHIPPER<br>☐ DRIVER | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergecy reponse information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

RECEIVED
DEC 18 2020
BY: