**EXHIBIT**

**5**

## Scotlynn USA Division Inc.

15671 San Carlos Blvd
Fort Myers, FL 33908

**FINAL CLAIM NOTICE**

January 8, 2021

Dray Hub
1285 N. LE JEUNE RD.
MIAMI, FL 33054
770-685-6552

**Attention:**        **Claims Manager**

As discussed, please accept this letter as written notice of Scotlynn USA Division Inc. claim against your company regarding the shipment of product as described below.
By this letter, we transfer interest in the product from Scotlynn to Dray Hub and Scotlynn accepts no responsibility for this product and you
shall indemnify and hold harmless Scotlynn in this regard. Scotlynn has incurred damages in the amount of $39,563.70; Dray Hub is responsible
and liable for Scotlynn's damages, and Dray Hub is required to fully reimburse and/or pay Scotlynn for its loss.

Forward a copy of this letter to your Insurance company and fax back the receipt and acceptance of this notice.
Thank you for your professional handling of this matter.  We look forward to having this claim resolved efficiently.

Claim details are as follows:

Load ID: 266050
PO # (s): S476837
Vendor(s): Cold Spring Brewery - Cold Spring, MN
Delivery Date: December 18, 2020
Destination: Gold Coast Beverage - Doral, FL

Claim Type: Temp Abuse.

| Item | Units | Unit Value | Net Value |
|---|---|---|---|
| White Claws | | | $   39,563.70 |
| **Sub-Total (1)** | | | $   39,563.70 |
| Freight | | | |
| Storage | | | |
| Disposal | | | |
| Misc. | | | |
| **Sub-Total (2)** | | | $        - |
| **Sub-Total** | | | $   39,563.70 |
| **Total** | | | $   39,563.70 |

**Acknowledged and Agreed**

**Per:** _____

**Date:** _____

Regards,

*Joseph Marrapese*

Joseph Marrapese
Claims Representative
Scotlynn USA Division Inc.

jmarrapese@scotlynn.com