

**EXHIBIT 7**

Rate Confirmation          0275514

| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
|---|---|---|
| **15671 San Carlos Blvd** | **Terry Ray** | **9961 Interstate Commerce Dr. #230** |
| **Fort Myers, FL 33908** | tray@scotlynn.com | **Fort Myers, FL 33913** |
| **Ph: 888-263-1888** | ph:   239-567-5791  x | **ph:  800-263-9117 x 2541** |
| **Fax:239-433-3372** | cell: | **fax:  239-603-8407** |
| **www.scotlynn.com** | fax:   239-567-5792 | **email:  usa-accounting@scotlynn.com** |

| **Carrier:** | LTL HUB | | | **Contact:** | adrian |
|---|---|---|---|---|---|
| | MIAMI | FL | 33167 | **Phone:** | 786-452-5070 |
| **Date:** | 01/07/2021 | | | **Fax:** | |

| **Commodity:** | **Fresh Pork** | | **Trailer:** | **53 FOOT REEFER** |
|---|---|---|---|---|
| **Temp:** | **25.0  to 25.0** | **Run Continuous:Y** | | 0275514 |

## Stop Details

| **PU** | **1** | **Name:** | Prestage Foods of Iowa | | **Arrive Between:** 01/07/2021 1730 |
|---|---|---|---|---|---|
| | | **Address:** | Trucks use C56 3183 | | **And:** 01/07/2021 1800 |
| | | | EAGLE GROVE | IA    50533 | **Contact:** Main |
| | | | | | **Phone:** 515-448-2700 |

**Ref:** PU 27533 - 460 cartons          **Pcs:** 460   **Weight:** 42000.0   **Desc:**

## Stop Details

| **SO** | **2** | **Name:** | Quirch Foods | | **Arrive Between:** 01/11/2021 0800 |
|---|---|---|---|---|---|
| | | **Address:** | 7600 NW 82nd Pl | | **And:** 01/11/2021 0900 |
| | | | MEDLEY | FL   33166 | **Contact:** Main |
| | | | | | **Phone:** 305-691-3535 |

**Ref:** PO 1425737 - 460 cartons          **Pcs:** 460   **Weight:** 42000.0   **Desc:**

| | |
|---|---|
| **Carrier Freight Pay:** | **$5,200.00** |
| **Total Carrier Pay:** | **$5,200.00** |

MPOWERED BY
McLeod SOFTWARE

**Comments**

Prestage Foods of Iowa - PRESEAIA: ***DRIVER MUST READ THESE INSTRUCTIONS***

EQUIPMENT REQUIRMENTS - Driver must have 53' Reefer Trailer with Air Ride suspension, Air Chute with No holes or rips in it, At least 2 load locks or load straps required! Load locks/straps need to be placed in trailer prior to arrival at shipper! Reefer unit must be 2014 or newer and Must be downloadable! Loa

SANITATION REQUIREMENTS - Trailer must be cleaned and washed out prior to arrival at shipper! The presence of any odors, stains, residue, or dirt may result in the trailer being rejected.

DRIVER REQUIREMENTS - Driver will not be allowed on the dock, this is a shipper load & count facility. He will need to p lace load bars in trailer prior to arrival, and make sure the trailer is sealed before departure.

SEALS - Trailer must be sealed, Seal # must be reported to Scotlynn before leaving the shipper, and seal must not be broken by anyone other than authorized personel at the delivery location.



Order:     0275514                                                                      Page     2 of 2