

**EXHIBIT 8**

Rate Confirmation                    0275663

| | | |
|---|---|---|
| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
| **15671 San Carlos Blvd** | **Ryan Atwood** | **9961 Interstate Commerce Dr. #230** |
| **Fort Myers, FL 33908** | ratwood@scotlynn.com | **Fort Myers, FL 33913** |
| **Ph: 888-263-1888** | ph:    239-201-4553  x 4553 | ph:  800-263-9117 x 2541 |
| **Fax:239-433-3372** | cell: | fax:  239-603-8407 |
| **www.scotlynn.com** | fax:    352-327-4452 | email:  usa-accounting@scotlynn.com |

| | | | | | |
|---|---|---|---|---|---|
| **Carrier:** | LTL HUB | | | **Contact:** | adrian |
| | MIAMI | FL | 33167 | **Phone:** | 786-452-5070 |
| **Date:** | 01/07/2021 | | | **Fax:** | |

| | | | |
|---|---|---|---|
| **Commodity:** | **EGGS** | **Trailer:** | **53 FOOT REEFER** |
| **Temp:** | **38.0  to  40.0** | **Run Continuous:Y** | 0275663 |

## Stop Details

| | | | | | |
|---|---|---|---|---|---|
| **PU** | **1** | **Name:** | Sunny Side Farm Inc | **Arrive Between:** | 01/07/2021 0600 |
| | | **Address:** | 2378 W 1300 N | **And:** | 01/07/2021 1200 |
| | | | NORTH MANCHESTER IN  46962 | **Contact:** | |
| | | | | **Phone:** | |
| **Ref:** PO 92824 | | | **Pcs:** 900   **Weight:** | **Desc:** | |

## Stop Details

| | | | | | |
|---|---|---|---|---|---|
| **SO** | **2** | **Name:** | Kroger Distribution Center | **Arrive Between:** | 01/08/2021 0530 |
| | | **Address:** | 701 Gellhorn Dr | **And:** | 01/08/2021 1100 |
| | | | HOUSTON        TX  77029 | **Contact:** Main | |
| | | | | **Phone:** 713-672-5280 | |
| **Ref:** CG 92824 | | | **Pcs:** 900   **Weight:** | **Desc:** | |

| | |
|---|---|
| **Carrier Freight Pay:** | $3,000.00 |
| **Total Carrier Pay:** | $3,000.00 |

**Comments**





| | Rate Confirmation | 0275663 |
|---|---|---|

**Scotlynn USA Division**

**15671 San Carlos Blvd**
**Fort Myers, FL 33908**
**Ph: 888-263-1888**
**Fax:239-433-3372**
**www.scotlynn.com**

**Operations Contact**

**Ryan Atwood**
ratwood@scotlynn.com
ph:     239-201-4553   x 4553
cell:
fax:    352-327-4452

**Billing Contact**

**9961 Interstate Commerce Dr. #230**
**Fort Myers, FL 33913**
**ph:  800-263-9117 x 2541**
**fax:  239-603-8407**
**email:  usa-accounting@scotlynn.com**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Carrier:** | LTL HUB | | | **Contact:** | adrian | |
| | MIAMI | FL | 33167 | **Phone:** | 786-452-5070 | |
| **Date:** | 01/07/2021 | | | **Fax:** | | |

| **Commodity:** | **EGGS** | | **Trailer:** | **53 FOOT REEFER** | |
|---|---|---|---|---|---|
| **Temp:** | **38.0  to 40.0** | **Run Continuous:Y** | | | 0275663 |

## Stop Details

| PU | 1 | **Name:** | Sunny Side Farm Inc | **Arrive Between:** 01/07/2021 0600 |
|---|---|---|---|---|
| | | **Address:** | 2378 W 1300 N | **And:** 01/07/2021 1200 |
| | | | NORTH MANCHESTER IN 46962 | **Contact:** |
| | | | | **Phone:** |
| **Ref:** PO 92824 | | | **Pcs:** 900   **Weight:** | **Desc:** |

## Stop Details

| SO | 2 | **Name:** | Kroger Distribution Center | **Arrive Between:** 01/08/2021 0530 |
|---|---|---|---|---|
| | | **Address:** | 701 Gellhorn Dr | **And:** 01/08/2021 1100 |
| | | | HOUSTON        TX  77029 | **Contact:** Main |
| | | | | **Phone:** 713-672-5280 |
| **Ref:** CG 92824 | | | **Pcs:** 900   **Weight:** | **Desc:** |

| | | |
|---|---|---|
| | **Carrier Freight Pay:** | $3,000.00 |
| | **Total Carrier Pay:** | $3,000.00 |

**Comments**

MPOWERED BY
McLéod
SOFTWARE

## Rate Confirmation   0275663

| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
|---|---|---|
| **15671 San Carlos Blvd** | Ryan Atwood | 9961 Interstate Commerce Dr. #230 |
| **Fort Myers, FL 33908** | ratwood@scotlynn.com | Fort Myers, FL 33913 |
| **Ph: 888-263-1888** | ph:    239-201-4553  x 4553 | ph:  800-263-9117 x 2541 |
| **Fax:239-433-3372** | cell: | fax:  239-603-8407 |
| **www.scotlynn.com** | fax:    352-327-4452 | email:  usa-accounting@scotlynn.com |

| | | | | |
|---|---|---|---|---|
| **Carrier:** | LTL HUB | | **Contact:** | adrian |
| | MIAMI | FL    33167 | **Phone:** | 786-452-5070 |
| **Date:** | 01/07/2021 | | **Fax:** | |

| **Commodity:** | **EGGS** | | **Trailer:** | **53 FOOT REEFER** |
|---|---|---|---|---|
| **Temp:** | **38.0  to  40.0** | **Run Continuous: Y** | | |

### Stop Details

| PU | 1 | **Name:** | Sunny Side Farm Inc | **Arrive Between:** 01/07/2021 0600 |
|---|---|---|---|---|
| | | **Address:** | 2378 W 1300 N | **And:** 01/07/2021 1200 |
| | | | NORTH MANCHES IN   46962 | **Contact:** |
| | | | | **Phone:** |
| **Ref:** PO 92824 | | | **Pcs: 900   Weight:** | **Desc:** |

### Stop Details

| SO | 2 | **Name:** | Kroger Distribution Center | **Arrive Between:** 01/08/2021 0530 |
|---|---|---|---|---|
| | | **Address:** | 701 Gellhorn Dr | **And:** 01/08/2021 1100 |
| | | | HOUSTON    TX  77029 | **Contact:** Main |
| | | | | **Phone:** 713-672-5280 |
| **Ref:** CG 92824 | | | **Pcs: 900   Weight:** | **Desc:** |

| | |
|---|---|
| **Carrier Freight Pay:** | **$3,000.00** |
| **Total Carrier Pay:** | **$3,000.00** |

**Comments**

Order: 0275663                                                                                                  Page    1 of 1