**EXHIBIT**

**9**

## SHIPPER BILL OF LADING

Page 1 of 1

| LOAD NO: | 27533 | PF ORDER NO: | | SHIP DATE: | 07 Jan 2021 |
|---|---|---|---|---|---|

RECEIVED subject to the "COMMON CARRIER REBATE AGREEMENT" of the CONTRACT between the Shipper and Carrier in effect on the date of shipment. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier

| | | | |
|---|---|---|---|
| **BILL TO:** | QUIRCH FOODS, LLC | **FROM:** | Prestage Foods of Iowa |
| **SHIP TO:** | QUIRCH FOODS, LLC | **ADDRESS:** | 3183 HWY 17 |
| | 7600 NW 82ND PL | | Eagle Grove, IA 50533 |
| | | **TEL NO:** | 515-448-2930 |
| | MEDLEY, FL, 33166 | | |
| **TEL NO:** | 305-691-3535 | | Country of Origin USA |

| **CUST PO NO:** | 1425737 | **SYMPHONY ORDER NO:** | 9024408 |
|---|---|---|---|
| **DELIVERY NO:** | | **EDI/SAP NO:** | |

| **CARRIER:** | SCOTLYNN USA DIVISION INC. | **VEH. NAME:** | | **VEH. NO:** | 42 |
|---|---|---|---|---|---|
| **SEAL NO:** | C-666683 | **TEMP REC 1 S/N:** | | **TEMP REC 2 S/N:** | |

### SPECIAL DRIVER NOTICE:

1) This is a time sensitive shipment and delivery must not be delayed. If a delay occurs in transit which may result in late deliver, Prestage, your dispatcher, and the receiver must be notified.
2) This is a temperature sensitive shipment. Please run your reefer at 25 °F degrees for the total trip.
3) OS&D – If there are overages, shortages, or damaged items, call your dispatcher or the Prestage number.
4)

| CASES SHIPPED | PRODUCT CODE | DESCRIPTION | NET WEIGHT |
|---|---|---|---|
| 440 | 15004 | Pork Loin Bone In | 40968.80 |
| | | *A. Rios* | |
| | | *1-11-21* | |
| **440** | | **TOTALS** | **40968.80** |

| PALLETS IN: | 0 | OUT: 22 | | |
|---|---|---|---|---|
| CHEP IN: | 0 | OUT: 0 | | |
| | | | **PALLET WEIGHT** | **770.00** |
| | | | **GROSS WEIGHT** | **43418.30** |

| | |
|---|---|
| The property described above is in good order for transportation, except as noted, marked, consigned and destined as indicated above, and the carrier agrees to carry said property to its place of delivery at the specified destination | NOTICE to CONSIGNEE: All claims for short weight, box shortages, damaged product, defective product and/or out of specification product will not be allowed or considered unless written notice thereof is given to Prestage on the day of delivery or the next working day (if delivered on a non-working day). Discrepancies must be noted on the signed Bill of Lading. |
| (Driver signature)          (Date and time) | (Consignee's signature)          (Date and time) |