**EXHIBIT**

**10**

LL - N        Office 24½

P5 - ∪ **KROGER DISTRIBUTION CENTER**
3 - 4        **HOUSTON, TEXAS**        29        46962

**GATE PASS / RECEIVING POLICIES**

COMPANY NAME   FTL   Hub

TRUCK NUMBER   675 80

MERCHANDISE   Eggs

DOOR #   25-30

1. All drivers will be required to fill out carrier name, address and phone number on the back of the bills before checking in.
2. There are no pay phones on the premises.
3. Drivers do not need to hire lumpers for unloading. They may do it themselves. Drivers that do not hire lumpers must be pallet jack certified and will be held responsible for their safety and actions.
4. NO SMOKING will be allowed at the Distribution Center other than the three covered locations at doors 74, 155 and F28.
4. TRACTORS AND TRAILERS WILL BE SEARCHED WHEN EXITING THE DISTRIBUTION CENTER.
5. All trailers must be double checked while being unloaded.
6. All trailer lights must be turned off when at the dock.
7. Drivers must stay on the premises until completely unloaded or authorized by management.
8. Speed limit is 10 mph.
9. Pedestrians have the right of way.
10. NO FIREARMS, knives or other weapons are permitted on Kroger Property.
11. Drivers must leave the premises immediately when finished.
12. Drivers are allowed in dock areas only. No drinking, eating or running is permitted in the warehouse.
13. Drivers may use restrooms in break areas only. Door 116/Outside.
14. Tractors must be parked in designated areas only.
15. Drivers must have gate pass signed by a Kroger Supervisor before leaving dock. If it is not signed, driver must return to the dock to have it signed. Gate pass must be returned to the gate officer. The tractor and trailer will be searched. Driver must show covering bills if trailer is not empty.

| TIME IN | TIME OUT |
|---------|----------|
| 1 35    |          |

**GATE RELEASE**
This truck is permitted to leave the premises with:

EMPTY _____   DID NOT UNLOAD _____

PARTIAL LOAD # of pallets _____

DAMAGED CASES # _____   EMPTY PALLETS # _____

X _____
   **SUPERVISORS SIGNATURE**

X _____
   **TRUCK DRIVERS SIGNATURE**

S
# 46962

Shipping Document #   11783

DATE:        1/7/2021

Ship To:
Houston Warehouse
701 Gellhorn Drive
Houston, TX 77025
(713)-672-5215

P.O. #        93824-Revised

Trailer Set Point Temp:

| RPC | OSD | | Case Size |
|------|------|---|-----------|
| 18632 | 2/20 | | 24 Doz |
| 16212 | 2/20 | | 24 Doz |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IGPS Out _____   Cleanpal _____

Time Out: _____

Time Loaded: _____

Load Locks?   yes

SEAL #        1475447

*ealing the load.*

**MPS EGG FARMS**
800 Wabash Road
North Manchester, In.  46962
(574) - 353 - 7651

PROCESSING PLANT
Sunny Side Farms
2378 W. 1300 N.
North Manchester, IN 46962

Shipping Document #    11783

DATE:        1/7/2021

| Sold To: | Ship To: |
|---|---|
| The Kroger Company<br>PO Box 305103<br>Nashville, TN 37230-5103 | Houston Warehouse<br>701 Gelhorn Drive<br>Houston, TX 77025<br>(713)-672-5216 |

P.O. #        92824-Revised

Trucking: Scotlynn 25 36 4 4          Trailer Set Point Temp:

| REVISED | QUANTITY | GRADE and/or DESCRIPTION | RPC | OSD | | Case Size |
|---|---|---|---|---|---|---|
| | 150 | Grade A S.T. - Cage Free Large Brown | T6332 | 2/20 | | 24 Doz |
| | 690 | Grade A S.T. - Cage Free Large Brown 18ct | T6332 | 2/20 | | 24 Doz |
| | | KROGER CO. | | | | |
| | | RECEIVED | | | | |
| | | 1/9/21  DATE | | | | |
| | | 840  CS. | | | | |
| | | INT. | | | | |
| | 840 | TRUCK TOTAL | | | | |

Pallets In _____

Pick Up Date: _____

Delivery Date:    1/8/21

Current Trailer Temp: _____

Loaded By:        MN

IGPS Out  2 C      Cleanpal _____

Time Out: _____

Time Loaded: _____

Load Locks? _Yes_

SEAL #        1475447

X _____
Driver Signature

*The above signed driver is responsible for securing and sealing the load.*

