**EXHIBIT 13**



| Rate Confirmation | 0415533 |
|---|---|

| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
|---|---|---|
| 9597 Gulf Research Lane | Dalton Ackley | 9597 Gulf Research Lane |
| Fort Myers, FL 33912 | dackley@scotlynn.com | Fort Myers, FL 33912 |
| Ph: 888-263-1888 | ph:    239-210-3000   x 6116 | ph:  800-263-9117 x 2541 |
| Fax:239-433-3372 | cell: | fax:  239-603-8407 |
| www.scotlynn.com | fax: | email:  usa-accounting@scotlynn.com |

| | | | | |
|---|---|---|---|---|
| **Carrier:** | GO INTERMODAL | | **Contact:** | jeff/ adrian |
| | ST PETERSBURG    FL    33709 | | **Phone:** | 305-781-2640 |
| **Date:** | 11/03/2021 | | **Fax:** | |

| **Commodity:** | **Dry Grocery** | | **Trailer:** | **53 Ft Van - Dry** | |
|---|---|---|---|---|---|
| **Temp:** | **to** | **Run Continuous:** | | | 0415533 |

## Stop Details

| PU | 1 | **Name:** | McCall Farms (Shipping) | **Arrive Between:** 11/03/2021 0800 |
|---|---|---|---|---|
| | | **Address:** | 6403 S Irby St | **And:** 11/03/2021 1500 |
| | | | EFFINGHAM          SC   29541 | **Contact:** |
| | | | | **Phone:** |

**Ref:** CG CONF #86186822   **Pcs:** 1232   **Weight:**   **Desc:**

## Stop Details

| SO | 2 | **Name:** | Associated Wholesale Grocers Oklahoma C | **Arrive Between:** 11/05/2021 0200 |
|---|---|---|---|---|
| | | **Address:** | 5600 S Council Rd | **And:** 11/05/2021 0200 |
| | | | OKLAHOMA CITY   OK   73179 | **Contact:** Main |
| | | | | **Phone:** 405-518-3000 |

**Ref:** PO 24881   **Pcs:**   **Weight:**   **Desc:**

**Ref:** CG CONF #011-7932502   **Pcs:**   **Weight:**   **Desc:**

| | |
|---|---|
| **Carrier Freight Pay:** | $2,600.00 |
| **Total Carrier Pay:** | $2,600.00 |

**Comments**

McCall Farms (Shipping) - MCCAEFSC: ***DRIVER MUST ACCEPT TRACKING. IF DRIVER DOES NOT ACCEPT TRACKING THE CARRIER MAY BE FINED***
***MUST SEND POD WITH 24 HOURS OF FINAL DELIVERY***

MPOWERED BY
McLeod SOFTWARE