

**EXHIBIT 14**

| | |
|---|---|
| **Rate Confirmation** | 11/04/2021 0931 |
| | 0420921 |

| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
|---|---|---|
| 9597 Gulf Research Lane | **Jeff Taylor** | 9597 Gulf Research Lane |
| Fort Myers, FL 33912 | teamjt@scotlynn.com | Fort Myers, FL 33912 |
| Ph: 888-263-1888 | ph:    239-201-4546   x 4546 | ph:  800-263-9117 x 2541 |
| Fax:239-433-3372 | cell: | fax:  239-603-8407 |
| www.scotlynn.com | fax:    239-201-4547 | email:  usa-accounting@scotlynn.com |

| | | | |
|---|---|---|---|
| **Carrier:** | GO INTERMODAL | **Contact:** | jeff/ adrian |
| | ST PETERSBURG     FL     33709 | **Phone:** | 305-781-2640 |
| **Date:** | 11/04/2021 | **Fax:** | |

| **Commodity:** | **CRANS** | **Trailer:** | **53 FOOT REEFER** |
|---|---|---|---|
| **Temp:** | **38.0  to  38.0** | **Run Continuous:Y** | 0420921 |

### Stop Details

| PU | 1 | **Name:** | Monson Fruit Co | **Arrive Between:** 11/04/2021 1400 |
|---|---|---|---|---|
| | | **Address:** | 252 N Rushmore Rd | **And:** |
| | | | SELAH            WA 98942 | **Contact:** appts |
| | | | | **Phone:** 509-966-5236 |

**Ref:** PU LD01899519        **Pcs:** 1920 **Weight:** 40000.0    **Desc:** CRANS

### Stop Details

| SO | 2 | **Name:** | Manfredi Cold Storage | **Arrive Between:** 11/10/2021 0800 |
|---|---|---|---|---|
| | | **Address:** | 290 Chambers Rd | **And:** 11/10/2021 1700 |
| | | | TOUGHKENAMON  PA  19374 | **Contact:** ship FCFS M-F 8-17 S 8-12 /APPT |
| | | | | **Phone:** 610-444-5832 |

**Ref:** PO PO# NOT NEEDED        **Pcs:** 1920 **Weight:** 40000.0    **Desc:** CRANS

| | |
|---|---|
| **Carrier Freight Pay:** | **$10,000.00** |
| **Total Carrier Pay:** | **$10,000.00** |

**MPOWERED BY McLeod SOFTWARE**

## Comments

Monson Fruit Co - THEOCHCA: ALL LOADS MUST BE SEALED.  IF A LOAD ARRIVES AT RECEIVER WITH NO SEAL THEN CARRIER WILL BE LIABLE FOR ANY RESULTING CLAIMS.  Driver's MUST have receiver sign that the seal was intact on arrival BEFORE breaking the seal.  If the receiver will not sign, driver must notify Scotlynn before the driver breaks the seal.  If the load has multiple stops, a new seal MUST be applied before leaving each receiver.  FAILURE TO HAVE BOLS SIGNED SHOWING THAT THE SEAL ARRIVED INTACT COULD RESULT IN A CLAIM FOR ANY OSD.

Any OSD must be called in to Scotlynn BEFORE the truck is released from the receiver. The number to report OSD is 800-210-3000  TO AVOID CLAIMS - this must be done while driver is still at delivery - 24/7, 365 - even if it is only 1 case .  FAILURE TO REPORT ANY SORT OF OSD BEFORE THE TRUCK LEAVES THE RECEIVER WILL RESULT IN A $100 FINE + ANY APPLICABLE CHARGES FOR THE O/S/D.
Driver must be on the dock at loading and unloading unless the shipper/receiver won't allow it. If driver is not allowed on dock, BOLS must be marked  Shipper Load and Count   Scotlynn has already verified which facilities will and will not allow drivers on the dock

*ANY DELIVERIES MADE BEFORE OR AFTER THE SCHEDULED APPOINTMENT ON THIS CONFIRMATION WILL BE SUBJECT TO FINES.

*LOADS ARE BOOKED AS DOLLAR PER MILE AND NEVER BY WEIGHT OR PALLET COUNT.
*By using pickup numbers to load freight the carrier has agreed to count all product loaded and accepts responsibility for any shortages or damages.
*Once loaded, driver must put seal on trailer and record seal number on BOL's and sign next to it, and must call Scotlynn with seal # as soon as it is put on the trailer.
*Scotlynn must be notified of any breakdowns or problems that could delay on time delivery at the time they happen.
*A receipt must be submitted to Scotlynn at the time of delivery for any lumper fee of $175 or more in order to be reimbursed.  Failure to submit receipt at time of delivery could result not being reimbursed for lumper.
TRAILER MUST:
*Must use at least 3 load locks
*Must be 53 Foot 102 wide trailer with swing doors - roll up doors not allowed
*Have an operational air chute at least 43' in length
*Be in optimum condition with no holes in the walls, ceilings or floors and be clean, free of debris and odor. Drain holes plugged during winter.
IT IS THE DRIVERS RESPONSIBILTY TO:
*Arrive at shipper with full fuel tanks
*To maintain the cold chain upon delivery by not opening trailers doors until actual unloading

**Detention is paid at pick up only if delivery has to be rescheduled due to delay at shipper, detention will be paid based on the amount of time added to the load. Detention is paid after four hours of the appointment time at twenty dollars per hour with a maximum of two hundred and fifty per day. For pick up windows detention starts at the end of the FCFS window with a minimum of 4 hours free. Late arrival to pick up, or lack of Hours of Service to complete the pick up forfeits any detention due.
*Detention at delivery is paid after four hours from the appointment time at twenty dollars per hour with a maximum of two hundred and fifty dollars per day.
*To be eligible for detention, driver must arrive at or before appointment time, and Scotlynn must be notified of possible detention no more than 3 hours after appointment time.  Additionally, driver must have check in and out times notated on BOL and signed by shipper/receiver.  Failure to follow detention procedures will forfeit detention eligibility.
*Redelivery on rejections is paid at $2.00 per mile,  plus seventy-five dollar extra drop fee.

---

Please Sign:   *adrian smith*

(X) Accept

( ) Decline

Driver Name:  BRION
Driver Cell:  786-657-8982
Driver Email:
Tractor #:  792835
Trailer #:  874219

MPOWERED BY
**McLeod**
SOFTWARE