# SCOTLYNN
## USA Division

**Rate Confirmation**                     0421593

**EXHIBIT 15**

**Scotlynn USA Division**

9597 Gulf Research Lane
Fort Myers, FL 33912
Ph: 888-263-1888
Fax:239-433-3372
www.scotlynn.com

**Operations Contact**

Paul Fibbe
teampf@scotlynn.com
ph:     239-471-3622  x 3622
cell:
fax:    239-471-3662

**Billing Contact**

9597 Gulf Research Lane
Fort Myers, FL 33912
ph: 800-263-9117 x 2541
fax: 239-603-8407
email: usa-accounting@scotlynn.com

| | | | | |
|---|---|---|---|---|
| **Carrier:** | GO INTERMODAL | | **Contact:** | adrian |
| | ST PETERSBURG   FL   33709 | | **Phone:** | |
| **Date:** | 11/04/2021 | | **Fax:** | |

| | | | |
|---|---|---|---|
| **Commodity:** | **DELI MEATS** | **Trailer:** | **53 FOOT REEFER** |
| **Temp:** | **28.0  to  28.0** | **Run Continuous:Y** | 0421593 |

## Stop Details

| PU | 1 | **Name:** | Summit Cold Storage Corporation | **Arrive Between:** 11/04/2021 1400 |
|---|---|---|---|---|
| | | **Address:** | 5450 S Center Ave | **And:** |
| | | | SUMMIT         IL   60501 | **Contact:** Main |
| | | | | **Phone:** 708-924-1137 |

**Ref:** PU SF471          **Pcs:**     **Weight:** 41323.7     **Desc:**

## Stop Details

| SO | 2 | **Name:** | Safeway Distribution Center | **Arrive Between:** 11/07/2021 1100 |
|---|---|---|---|---|
| | | **Address:** | 5707 N Freya St | **And:** |
| | | | SPOKANE         WA  99217 | **Contact:** Main |
| | | | | **Phone:** 509-482-4030 |

**Ref:** PO 695747          **Pcs:**     **Weight:** 1169.0     **Desc:**

**Ref:** CG CONF# 846399022          **Pcs:**     **Weight:**     **Desc:**

## Stop Details

| SO | 3 | **Name:** | Albertsons DIST CENTER | **Arrive Between:** 11/08/2021 0600 |
|---|---|---|---|---|
| | | **Address:** | 3520 PACIFIC AVE N | **And:** |
| | | | AUBURN         WA  98002 | **Contact:** Main |
| | | | | **Phone:** 253-939-1850 |

**Ref:** PO 695404          **Pcs:**     **Weight:** 809.2     **Desc:**

**Ref:** PO 695749          **Pcs:**     **Weight:** 7350.4     **Desc:**

**Ref:** CG CONF# 846399033          **Pcs:**     **Weight:**     **Desc:**





**Rate Confirmation**                    0421593

| **Scotlynn USA Division** | **Operations Contact** | **Billing Contact** |
|---|---|---|
| 9597 Gulf Research Lane | Paul Fibbe | 9597 Gulf Research Lane |
| Fort Myers, FL 33912 | teampf@scotlynn.com | Fort Myers, FL 33912 |
| Ph: 888-263-1888 | ph:     239-471-3622   x 3622 | ph:  800-263-9117 x 2541 |
| Fax:239-433-3372 | cell: | fax:  239-603-8407 |
| www.scotlynn.com | fax:     239-471-3662 | email:  usa-accounting@scotlynn.com |

| **Carrier:** | GO INTERMODAL | | | **Contact:** | adrian |
|---|---|---|---|---|---|
| | ST PETERSBURG     FL     33709 | | | **Phone:** | |
| **Date:** | 11/04/2021 | | | **Fax:** | |

## Stop Details

| **SO** | **4** | **Name:** | Albertsons Distribution Center | **Arrive Between:** 11/09/2021 0300 |
|---|---|---|---|---|
| | | **Address:** | 17505 NE San Rafael St | **And:** |
| | | | PORTLAND          OR  97230 | **Contact:** Main |
| | | | | **Phone:** 503-251-9200 |

| **Ref:** PO 875007 | | **Pcs:** | **Weight:** 8045.3 | **Desc:** |
|---|---|---|---|---|
| **Ref:** PO 874509 | | **Pcs:** | **Weight:** 23949.8 | **Desc:** |
| **Ref:** CG CONF# 846392497 | | **Pcs:** | **Weight:** | **Desc:** |

| | |
|---|---|
| **Carrier Freight Pay:** | $7,000.00 |
| **Total Carrier Pay:** | $7,000.00 |

## Comments
Summit Cold Storage Corporation - SPECHAVA: TRAILER MUST BE CLEAN, SWEPT, & PRECOOLED UPON ARRIVAL TO THE SHIPPER

