**EXHIBIT 16**

Freight Hub Group

Inbound & Storage Fee Quote

Inbound Fee : $5.00    16 pallets = $ 80.00

Storage Fee  : $.80 sf    188 sf = $ 150.00

Short Term Storage One Week Minimum Charge
Cash on Delivery

11/08/2021 Please sign below if this Agreeable

Date: 11/09/2021

This sheet is also your receipt
Thank you