## <u>RETURN OF NON-SERVICE</u>
### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 22-CV-20643-BB

Plaintiff: **SCOTLYNN USA DIVISION INC**
vs.
Defendant: **GO HUB.IO HOLDINGS CORP F/K/A GO HUB GROUP HOLDING CORP, ET AL**



BII2022003134

For:
Katy Koestner Esquivel, E
Esquivel Law, Chartered
2335 Tamiami Trail North
Suite 301
Naples, FL 34103

Received by Burke Process Service on the 5th day of March, 2022 at 10:46 am to be served on **ADRIAN DUNNING AKA ADRIAN CUEST AKA ADRIAN CUESTA, 8005 NW 80TH STREET, UNIT 1, MIAMI, FL 33166**.

I, Ariel Maldonado, do hereby affirm that on the **29th day of March, 2022** at **4:15 pm, I:**

**NON-SERVED** the **Summons in a Civil Action and Complaint with Exhibits** for the reason that I failed to find **ADRIAN DUNNING AKA ADRIAN CUEST AKA ADRIAN CUESTA** or any information to allow further search.  Read the comments below for further details.

A copy of the documents may be obtained from the Clerk of Courts.

**Additional Information pertaining to this Service:**
3/7/2022  12:58 pm  ATTEMPTED 8005 NW 80TH STREET, UNIT 1, MIAMI, THESE ARE 2 BUSINESSES LOCATED AT THIS ADDRESS IN UNIT 1 . NATO EXPRESS PER EMPLOYEE MICHAEL ADVISED ADRIAN IS NOT EMPLOYED AT THIS ADDRESS. UNKNOWN
BLUE JAY TRUCKING ALSO LOCATED HERE PER EMPLOYEE JOSE ADVISED ADRIAN IS NOT EMPLOYED AT THIS COMPANY. UNKNOWN.
3/14/2022  11:38 am  3300 N.W. 110TH STREET, MIAMI, FL 33167 - Per defendant, Luis D. Lopez, III, the other defendants on the case are his employees.  He advised that he is the owner of the company and the employees will not be made available for service at business location.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**Ariel Maldonado**
#1843

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: BII-2022003134

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i