## **RETURN OF NON-SERVICE**
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22-CV-20643-BB

Plaintiff: **SCOTLYNN USA DIVISION INC**
vs.
Defendant: **GO HUB.IO HOLDINGS CORP F/K/A GO HUB GROUP HOLDING CORP, ET AL**

BII2022003132

For:
Katy Koestner Esquivel, E
Esquivel Law, Chartered
2335 Tamiami Trail North
Suite 301
Naples, FL 34103

Received by Burke Process Service on the 5th day of March, 2022 at 10:46 am to be served on **NATALI REINER, 8005 NW 80TH STREET, UNIT 1, MIAMI, FL 33166**.

I, Ariel Maldonado, do hereby affirm that on the **9th day of April, 2022** at **6:00 pm, I:**

**NON-SERVED** the **Summons in a Civil Action and Complaint with Exhibits** for the reason that I failed to find **NATALI REINER** or any information to allow further search.  Read the comments below for further details.

A copy of the documents may be obtained from the Clerk of Courts.

**Additional Information pertaining to this Service:**
3/7/2022  10:00 am  J- ATTEMPTED 8005 NW 80TH STREET, UNIT 1, MIAMI, THESE ARE 2 BUSINESSES LOCATED AT THIS ADDRESS IN UNIT 1 . NATO EXPRESS PER EMPLOYEE MICHAEL ADVISED NATALI REINER IS NOT EMPLOYED AT THIS ADDRESS. UNKNOWN
BLUE JAY TRUCKING ALSO LOCATED HERE PER EMPLOYEE JOSE ADVISED NATALI REINER IS NOT EMPLOYED AT THIS COMPANY. UNKNOWN.
3/14/2022  11:38 am  3300 N.W. 110TH STREET, MIAMI, FL 33167 - Per defendant, Luis D. Lopez, III, the other defendants on the case are his employees.  He advised that he is the owner of the company and the employees will not be made available for service at business location.
3/17/2022  8:47 pm  ATTEMPTED 115 BENTLEY DR, UNIT 1, MIAMI SPRINGS FL - NO ANSWER AT UNIT, LIGHTS ON AND I COULD HEAR A WOMAN TALKING.  KNOCKED FOR SEVERAL MINUTES.  DEFENDANTS CAR WAS PARKED OUTSIDE.
3/21/2022  9:30 pm  ATTEMPTED 115 BENTLEY DR, UNIT 1, MIAMI SPRINGS FL - NO ANSWER AT UNIT, LIGHTS ON AND I COULD HEAR A WOMAN TALKING.  KNOCKED FOR SEVERAL MINUTES.  DEFENDANTS CAR WAS PARKED OUTSIDE.
3/23/2022  7:00 pm  ATTEMPTED 115 BENTLEY DR, UNIT 1, MIAMI SPRINGS FL - NO ANSWER AT UNIT, CAR IS NOT THERE, QUIET INSIDE.
3/25/2022  8:25 am  ATTEMPTED 115 BENTLEY DR, UNIT 1, MIAMI SPRINGS FL - NO ANSWER AT UNIT, CAR IS NOT THERE, QUIET INSIDE.
3/26/2022  7:50 am  ATTEMPTED 115 BENTLEY DR, UNIT 1, MIAMI SPRINGS FL - NO ANSWER AT UNIT, LIGHTS ON AND I COULD HEAR A WOMAN TALKING.  KNOCKED FOR SEVERAL MINUTES.  DEFENDANTS CAR WAS PARKED OUTSIDE.

## <u>RETURN OF NON-SERVICE For 22-CV-20643-BB</u>

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____

**Ariel Maldonado**
#1843

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: BII-2022003132