**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-20643-BLOOM/Damian**

SCOTLYNN USA DIVISION, INC.,

      Plaintiff,

v.

GO HUB.IO HOLDINGS, CORP., *et al.*,

      Defendants.

      _____/

**ORDER DENYING MOTION TO DISMISS**
**AND REQUIRING MEDIATION**

      **THIS CAUSE** is before the Court upon Defendants Intermodal Refrigerated Services, Inc., Logistics Hub Group, Inc., Luis D. Lopez, III, Freight Hub, Corp., FTL Hub, Inc., Go Hub.io Holdings, Corp., LTL Hub, Corp., Jeff Araguren, and Assetco Freight Brokers, Inc.'s (collectively, "Defendants") Amended Partial Motion to Dismiss, ECF No. [32] ("Motion"). On May 19, 2022, the Court held a hearing on the Motion. *See* ECF No. [46].

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. For the reasons stated on the record, Defendants' Motion, **ECF No. [32]**, is **DENIED**.

2. Defendants shall file an Answer to Plaintiff's Complaint, **ECF No. [1]**, on or before **May 31, 2022**.

3. On or before **May 31, 2022**, the parties shall schedule a time, date, and place for mediation, and shall jointly file a notice, and proposed order scheduling mediation via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. The mediation shall take place on or before **July 18, 2022**. The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the

Case No. 22-cv-20643-BLOOM/Damian

proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 19, 2022.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record