UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-20643-BLOOM/Damian

SCOTLYNN USA DIVISION, INC.,

    Plaintiff,

v.

GO HUB.IO HOLDINGS, CORP., *et al*.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, ECF No. [61] ("Stipulation"), filed on July 12, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [61]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties;
5. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 22-cv-20643-BLOOM/Damian

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 12, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record