## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

### Case No. 22-cv-20643-Bloom/Damian

SCOTLYNN USA DIVISION,
INC.,

     **Plaintiff,**

vs.

GO HUB.IO HOLDINGS, CORP.
*et al.*

     **Defendants.**

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Scotlynn USA Division, Inc., by and through its undersigned counsel hereby dismisses the above-entitled action with prejudice.

Respectfully submitted on Wednesday, February 8, 2023.

| | |
|---|---|
| **PADULA BENNARDO LEVINE, LLP** | **ESQUIVEL LAW, CHARTERED** |
| /s/ Joshua S. Widlansky | /s/ Katy Koestner Esquivel |
| Joshua S. Widlansky | Katy Koestner Esquivel |
| Florida Bar No. 45197 | Florida Bar No. 0159484 |
| 3837 NW Boca Raton Boulevard | 2335 Tamiami Trail North, Suite 301 |
| Suite 200 | Naples, Florida 34103-4457 |
| Boca Raton, Florida 33431 | Telephone: (239)206-3731 |
| Main: 561.544.8900 | Facsimile: (239)431-3942 |
| Facsimile: 561.544.8999 | kke@esquivel-law.com |
| JSW@PBL-Law.com | service@esquivel-law.com |
| *Attorneys for Plaintiff Scotlynn USA Division* | *Attorneys for Plaintiff Scotlynn USA Division* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Wednesday, February 8, 2023, the foregoing was filed and served on the following counsel of record by this Court's CM/ECF system

**Via CM/ECF**
MATHIS LAW GROUP
Jessica L. Klein, Esq.
Brian K. Mathis, Esq.
515 E. Las Olas Blvd.
Suite 120
Ft. Lauderdale, FL 33301
T: (954) 616-4404
F: (954) 616-4405
bmathis@mathislawgroup.com
ldensford@mathislawgroup.com
jklein@mathislawgroup.com
ckuller@mathislawgroup.com
*Attorneys for Defendants*